**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THE FIREMEN'S RETIREMENT SYSTEM OF ST. LOUIS, Derivatively on Behalf of FIBROGEN, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ENRIQUE CONTERNO, JAMES SCHOENECK, K. PEONY YU, MARK EISNER, and PAT COTRONEO, <br><br> Defendants, <br><br> – and – <br><br> FIBROGEN, INC., a Delaware corporation, <br><br> Nominal Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )    Case No. 1:23-cv-00712-RGA |

## <u>JOINT STIPULATION AND PROPOSED ORDER</u><br><u>STAYING PROCEEDINGS</u>

Plaintiff The Firemen's Retirement System of St. Louis ("Plaintiff") and Defendants

Enrique Conterno, James Schoeneck, K. Peony Yu, Mark Eisner, and Pat Cotroneo ("Defendants")

and Nominal Defendant FibroGen, Inc. ("FibroGen") (collectively, "Defendants" and, with the

Plaintiff, the "Parties") jointly submit this Stipulation to Stay the Derivative Action ("Stipulation")

and in support thereof state as follows:

WHEREAS, on April 14, 2022, *Zhao v. Conterno et al.*, Case No. 2022-0331-SG, a

derivative action, was filed in the Delaware Chancery Court (the "*Zhao* Action");

WHEREAS, on June 30, 2023, Plaintiff filed the above-captioned shareholder derivative

action (the "*Firemen's* Action");

WHEREAS, Defendants are also named as defendants in the *Zhao* Action;

- 1 -

WHEREAS, Defendants anticipate filing a motion to dismiss the *Zhao* Action;

WHEREAS, the alleged wrongdoing underlying the *Zhao* Action and the *Firemen's* Action arises out of the same or similar transactions or occurrences;

WHEREAS, in order to ensure economy of time and effort for the Court, for counsel, and for litigants, Plaintiff and Defendants have agreed that the *Firemen's* Action should be voluntarily stayed on the terms set forth below unless and until (1) a final order on the anticipated motion to dismiss in the *Zhao* Action; or (2) either of the Parties to this Stipulation gives a ten (10) day notice that they no longer consent to the voluntary stay of the *Firemen's* Action.

WHEREFORE, the Parties, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an order as follows:

1.      The *Firemen's* Action shall be stayed pending the resolution of the motion to dismiss in the *Zhao* Action, upon the Court's so-ordering this Stipulation as an Order of the Court.

2.      Counsel for Defendants have agreed to accept service on behalf of all of the Defendants.

3.      Upon occurrence of any of: (1) a final order on the anticipated motion to dismiss in the *Zhao* Action; or (2) any of the Parties to this Stipulation has given a ten (10) day notice that they no longer consent to the voluntary stay of the *Firemen's* Action, the Parties shall submit a proposed schedule for further proceedings to the Court within fifteen (15) days.

4.      The Parties to this *Firemen's* Action are not waiving any rights, claims, or defenses of any kind, and no part of this stipulation shall be construed as a waiver of any rights, claims, or defenses.

Dated: September 26, 2023

**MORRIS NICHOLS ARSHT & TUNNELL, LLP**

*/s/ D. McKinley Measley*
D. McKinley Measley (Bar No. 5108)
Elizabeth A. Mullin (Bar No. 6380)
1201 N. Market Street
Wilmington, DE 19801
(302) 658-9200
Email: dmeasley@morrisnichols.com
    emullin@morrisnichols.com

**COOLEY LLP**

Patrick E. Gibbs
Tijana M. Brien
Brett De Jarnette
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Email: pgibbs@cooley.com
    tbrien@cooley.com
    bdejarnette@cooley.com

*Attorneys for Defendants FibroGen, Inc., Enrique Conterno, James Schoeneck, Mark Eisner, and Pat Cotroneo*

Dated: September 26, 2023

**ABRAMS & BAYLISS LLP**

*/s/ J. Peter Shindel, Jr.*
Kevin G. Abrams (Bar No. 2375)
J. Peter Shindel, Jr. (Bar No. 5825)
20 Montchanin Road, Suite 200
Wilmington, DE 19807
Telephone: (302) 778-1000
Email: abrams@abramsbayliss.com
    shindel@abramsbayliss.com

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

Bruce A. Ericson (California Bar No. 76342)
Lee Brand (California Bar No. 287110)
Four Embarcadero Center, 22nd Floor
San Francisco, CA  94111-5998
Telephone: (415) 983-1000
Email: bruce.ericson@pillsburylaw.com
        lee.brand@pillsburylaw.com

*Attorneys for Defendant K. Peony Yu*

Dated: September 26, 2023

**FARNAN LLP**

*/s/ Michael J. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, DE  19801
Phone (302) 777-0300
Email: bfarnan@farnanlaw.com
        mfarnan@farnanlaw.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
Travis E. Downs III
Benny C. Goodman III
Erik W. Luedeke
655 West Broadway, Suite 1900
San Diego, CA  92101
Tel.: (619) 231-1058
Email: travisd@rgrdlaw.com
        bennyg@rgrdlaw.com
        eluedeke@rgrdlaw.com

*Attorneys for Plaintiff The Firemen's Retirement System of St. Louis*

IT IS SO ORDERED this 27 day of September, 2023:

*/s/ Richard G. Andrews*
HON. RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE