UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| THE FIREMEN'S RETIREMENT SYSTEM OF ST. LOUIS, Derivatively on Behalf of FIBROGEN, INC., <br><br>Plaintiff, <br><br>vs. <br><br>ENRIQUE CONTERNO, et al., <br><br>Defendants. <br><br>– and – <br><br>FIBROGEN, INC., a Delaware corporation, <br><br>Nominal Defendant. | Civil Action No. 23-cv-712-RGA |

## STIPULATION AND ORDER REGARDING VOLUNTARY DISMISSAL

WHEREAS, there is currently a purported shareholder derivative action on behalf of nominal party FibroGen, Inc. against its board of directors and certain top officers pending before this Court;

WHEREAS, plaintiff seeks to voluntarily dismiss the action under Rule 41 of the Federal Rules of Civil Procedure without prejudice, except as to themselves;

WHEREAS, defendants consent to the voluntary dismissal of the action without prejudice, except as to plaintiff;

WHEREAS, the parties agree that each party complied with Rule 11 of the Federal Rules of Civil Procedure and similar provisions of law;

WHEREAS, no defendant in this action has entered into a settlement with plaintiff in connection with this voluntary dismissal and neither plaintiff nor their counsel have received, nor

will receive, any form of consideration from any defendant in exchange for the dismissal of this action; and

WHEREAS, the parties agree that notice of the dismissal under Rule 23.1 of the Federal Rules of Civil Procedure is unnecessary, because dismissal of the action, if granted, will be reported in the company's SEC filings.

IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective counsel of record, as follows:

1. The action shall be dismissed without prejudice, except as to the plaintiff; and

2. Each party shall bear its own costs and expenses.

| | |
|---|---|
| DATED:  January 16, 2025 | Respectfully submitted, |
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Brian E. Farnan | /s/       D. McKinley Measley |
| Brian E. Farnan (# 4089) | D. McKinley Measley (#5108) |
| Michael J. Farnan (# 5165) | Elizabeth A. Mullin Stoffer (#6380) |
| 919 North Market Street, 12th Floor | 1201 N. Market Street |
| Wilmington, DE 19801 | Wilmington, DE  19801 |
| (302) 777-0300 | Telephone:  302-658-9200 |
| bfarnan@farnanlaw.com | Email: dmeasley@morrisnichols.com |
| mfarnan@farnanlaw.com |         emullin@morrisnichols.com |
| Of Counsel: | Patrick E. Gibbs |
| | Tijana M. Brien |
| Travis E. Downs III | Brett De Jarnette |
| Benny C. Goodman III | COOLEY LLP |
| Erik W. Luedeke | 3175 Palo Alto, CA  94304 |
| Robbins Geller Rudman    & Dowd LLP | Telephone:  650-843-5000 |
| 655 West Broadway, Suite 1900 | |
| San Diego, CA  92101 | *Attorneys for Defendants FibroGen, Inc.,* |
| Telephone:  619/231-1058 | *Enrique Conterno, James Schoeneck, Mark* |
| 619/231-7423 (fax) | *Eisner, and Pat Cotroneo* |
| *Attorneys for Plaintiff* | |

4928-8329-1664.v2

- 3 -

ABRAMS & BAYLISS LLP

/s/     J. Peter Shindel, Jr.
Kevin G. Abrams (Bar No. 2375)
J. Peter Shindel, Jr. (Bar No. 5825)
20 Montchanin Road, Suite 200
Wilmington, DE 19807
Telephone: (302) 778-1000
Email: abrams@abramsbayliss.com
shindel@abramsbayliss.com

Bruce A. Ericson
Lee Brand
PILLSBURY WINTHROP SHAW
PITTMAN LLP Four Embarcadero Center,
22nd Floor
San Francisco, CA  94111-5998
Telephone:  415/983-1000
*Attorneys for Defendant K. Peony Yu*

\*     \*     \*

# O R D E R

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  __1/17/2025__          __/s/ Richard G. Andrews__
                               THE HONORABLE RICHARD G. ANDREWS
                               UNITED STATES DISTRICT JUDGE